■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD J. HUMPHREY, JR., Appellant. [937 NYS2d 897]

Mercure, A.P.J., Peters, Spain, Kavanagh and Stein, JJ., concur. Ordered that the order is affirmed, and application to be relieved of assignment granted.